IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. |
|  | ) | 5:24-CR-174 (GTS) |
|  | ) |  |
|  | ) |  |
| **v.** | ) | **Indictment** |
|  | ) |  |
| **HENRY ESTUARDO CASTAÑEDA CASTRO,** | ) | Violations:     18 U.S.C. § 1546(a) |
|  | ) |                    [Immigration Fraud] |
|  | ) |  |
| **Defendant.** | ) |  |
|  | ) | 1 Count |
|  | ) | County of Offense:    Oneida |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Immigration Fraud]

On or about May 22, 2023, in Oneida County in the Northern District of New York, the defendant, **HENRY ESTUARDO CASTANEDA CASTRO**, knowingly possessed a document prescribed by statute or regulation as evidence of authorized employment in the United States, knowing it to have been unlawfully obtained, in that the defendant possessed a counterfeit Social Security card bearing a name with the initials L.R. and a Social Security number assigned to L.R., that he unlawfully purchased for use in obtaining and maintaining employment, in violation of Title 18, United States Code, Section 1546(a).

Dated: April 3, 2024

A TRUE BILL,     *NAME REDACTED*

_____

Grand Jury Foreperson

1

Carla B. Freedman
United States Attorney

By:

Paul J. Tuck
Special Assistant United States Attorney
Bar Roll No. 520814